UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| EDGAR ALEXIS PAZ ARRIOLA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00416-JRO-MG |
| | ) | |
| BRISON SWEARINGEN in his official capacity as Sheriff of the Clay County Justice Center, FIELD OFFICE DIRECTOR in his or her official capacity as Field Office Director of the Chicago Field Office of Enforcement and Removal Operations, U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security, DAVID J. VENTURELLA in his official capacity as Acting Director, Immigration and Customs Enforcement, U.S. Department of Homeland Security, MARKWAYNE MULLIN in his official capacity as Secretary, U.S. Department of Homeland Security, TODD BLANCHE in his official capacity as Acting Attorney General of the United States, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

**FINAL JUDGMENT**

Having this day directed the entry of final judgment, the Court now enters

**FINAL JUDGMENT**. The Petitioner's petition for a writ of habeas corpus

pursuant to 28 U.S.C. § 2241 is denied, and this action is **DISMISSED with prejudice**.

**SO ORDERED.**

Date: June 23, 2026

Kristine L. Seufert, Clerk

BY: _____

Deputy Clerk, U.S. District Court

Justin R. Olson
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

2